# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-11489
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 3, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff−Appellee,

versus

ERIC BARRIENTOS, Also Known as Eric J. Barrientos,

Defendant−Appellant.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:16-CR-380-1

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Eric Barrientos has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11489

moved for leave to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Barrientos has filed a response.  To the extent Barrientos suggests that he has received ineffective assistance of counsel on appeal, the record is not suffi-ciently developed to allow us to make a fair evaluation of such a claim; we decline to consider it, but without prejudice to collateral review.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Barrientos's response.  We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsi-bilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.